# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00276-WYD-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JOE VALDEZ,

      Defendant.

---

## ORDER CONTINUING SUPERVISION AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER was before the Court for a supervised release violation hearing on January 8, 2013, upon report of the probation officer that the defendant had violated the terms and conditions of his supervision. The defendant admits to Violations 1 through 5, as alleged in the probation officer's petition. Accordingly, it is

ORDERED that the defendant's term of supervised release be continued and all previously ordered mandatory and standard conditions shall remain in full force and effect. It is

FURTHER ORDERED that the defendant's conditions of supervised release be modified to include the following:

1) The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days, to commence on January 17, 2013, and shall observe the rules of that facility.

DATED at Denver, Colorado, this 10th day of January, 2013.

BY THE COURT:

s/ Wiley Y. Daniel

_____
WILEY Y. DANIEL
Senior United States District Judge